# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ROBIN TAYLOR, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PLATINUM WEALTH VENTURE, LLC and ONVIANT INSURNACE AGENCY, INC.<br><br>　　　　Defendants._____/ | CASE NO. 8:22-cv-00942-MSS-MRM |

## NOTICE OF SETTLEMENT

　　Plaintiff Robin Taylor and Defendants Platinum Wealth Venture LLC and Onviant Insurance Agency, Inc. hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days, or will inform the Court of the parties' progress within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: August 30, 2022　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/Avi R. Kaufman
　　　　　　　　　　　　　　　　Avi R. Kaufman (Florida Bar no. 84382)
　　　　　　　　　　　　　　　　kaufman@kaufmanpa.com
　　　　　　　　　　　　　　　　Rachel E. Kaufman (Florida Bar no. 87406)
　　　　　　　　　　　　　　　　rachel@kaufmanpa.com

KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative class*

and

/s/*Matthew A. Keilson*
Ryan D. Watstein
Florida Bar Number 093945
rwatstein@kcozlaw.com
Matthew A. Keilson
Florida Bar Number 1002294
mkeilson@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 Fax

*Counsel for Defendants*