**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

ROBIN TAYLOR, on behalf of herself and others similarly situated,

Plaintiff,

v.

PLATINUM WEALTH VENTURE, LLC and ONVIANT INSURNACE AGENCY, INC.

Defendants.
_____________________________________/

CASE NO. 8:22-cv-00942-MSS-MRM

**STIPULATION OF DISMISSAL**

Plaintiff Robin Taylor and Defendants Platinum Wealth Venture LLC and Onviant Insurance Agency, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: September 22, 2022

Respectfully submitted,

*/s/Avi R. Kaufman*

Avi R. Kaufman (Florida Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (Florida Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative class*

and

/s/*Matthew A. Keilson*
Ryan D. Watstein
Florida Bar Number 093945
rwatstein@kcozlaw.com
Matthew A. Keilson
Florida Bar Number 1002294
mkeilson@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 Fax

*Counsel for Defendants*