UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBIN TAYLOR,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No: 8:22-cv-942-MSS-MRM

**PLATINUM WEALTH VENTURE,
LLC and ONVIANT INSURANCE
AGENCY, INC.,**

    **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal, (Dkt. 21), and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case. The Stipulation and the entry of this Order are without prejudice to the right of any other member of the putative class to bring claims.

**DONE and ORDERED** at Tampa, Florida this 26th day of September, 2022.

                                                                                                              _____
                                                                                                  MARY S. SCRIVEN
                                                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party